IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRENCE BROWNLEE,                    No. 2:04-cv-0623-MCE-DAD-P

    Plaintiff,

  v.                                    ORDER

J. STOCKER, ET AL.,

    Defendants.
_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On May 3, 2006, the magistrate judge filed Findings and Recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any Objections to the Findings and Recommendations were to be filed within twenty (20) days.

///

1

1 Plaintiff has filed Objections to the Findings and
2 Recommendations.
3    In accordance with the provisions of 28 U.S.C.
4 § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
5 de novo review of this case.  Having carefully reviewed the
6 entire file, the Court finds the Findings and Recommendations to
7 be supported by the record and by proper analysis.
8    Accordingly, IT IS HEREBY ORDERED that:
9    1.  The Findings and Recommendations filed May 3, 2006, are
10 adopted in full;
11    2.  Plaintiff's Second Amended Complaint, file on May 19,
12 2005, is dismissed; and
13    3.  This action is dismissed for failure to state a
14 cognizable claim for relief.
15 DATED: June 1, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE